SHOPWELL FOODS, INC., Appellant, v. PARKWAY VILLAGE, INC., Respondent.— In an action by plaintiff, a corporation engaged in operating self-service food stores, to recover damages allegedly sustained by reason of defendant's breach of an agreement whereby defendant was to lease to plaintiff, for a period of ten years, space in a building to be erected by defendant on premises which it owned, to be used by plaintiff for the operation of a supermarket, plaintiff appeals from so much of a judgment, entered after a trial before the court without a jury, as dismisses the second cause of action set forth in its complaint. In said cause of action plaintiff sought to recover, as damages for the alleged breach of contract, prospective profits which it allegedly would have earned from the operation of the proposed store during the term of the lease. Judgment, insofar as appealed from, unanimously affirmed, with costs. Under the circumstances disclosed, plaintiff was not entitled to recover damages measured by such prospective profits. (*Kolodny* v. *Schwartz,* 276 App. Div. 930; *Friedland* v. *Myers,* 139 N. Y. 432; *Dodds* v. *Hakes,* 114 N. Y. 260; *Witherbee* v. *Meyer,* 155 N. Y. 446; *Williamson* v. *Stevens,* 84 App. Div. 518.) Present — Nolan, P. J., Sneed, Wenzel and MacCrate, JJ.; Adel, J., not voting.

■

SOL A. STURMAN, Respondent, v. CIRCULATORS & DEVICES MFG. CORP., Appellant.— In an action to recover sums alledgedly due from defendant, pursuant to two oral contracts· of employment, defendant appeals from a judgment in favor of plaintiff and against it in the sum of $9,487.24, entered upon the verdict of a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

■

MURIEL STURMAN, Respondent, v. JOHN C. DELANEY et al., Appellants.— In an action by the purchaser of real property to recover damages because of the sellers' alleged false representations to the effect that the real property in question was not involved in, or the subject of, any pending assessment, and that no taxes or assessments other than the regular annual city real estate tax were then pending or being considered or contemplated for confirmation or levy by the city or any other taxing authority, order denying appellants' motion to dismiss the complaint on the ground that it fails to state facts sufficient to constitute a cause of action, etc., affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ., concur.